***E-FILED:   September 20, 2013***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ROSAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HUA PING CHANG dba SHANGRI-LA LIA LIA CORPORATION; SHANGRI-LA LIA LIA CORPORATION; TOM CHANG dba TJK CHANG CORPORATION; TJK CHANG CORPORATION,<br><br>　　　　　Defendants. | Case No.  5:13-cv-01800 HRL<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

　　　Plaintiff having advised that he plans to move for default judgment as to all defendants, the September 24, 2013 case management conference is vacated.  Plaintiff shall file his motion no later than October 21, 2013.

　　　**SO ORDERED**.

Dated:   September 20, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1    5:13-cv-01800-HRL Notice has been electronically mailed to:

2    James Dal Bon      jdblaw@earthlink.net, jdb@wagedefenders.com, mh@wagedefenders.com