United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO ROSAS, | Case No.: 13-CV-01800-LHK |
| Plaintiff, | |
| v. | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| HUA PING CHANG dba SHANGRI-LA LIA LIA CORPORATION; SHANGRI-LA LIA LIA CORPORATION; TOM CHANG dba TJK CHANG CORPORATION; TJK CHANG CORPORATION, | |
| Defendants. | |

The Court has reviewed Magistrate Judge Howard R. Lloyd's Report and Recommendation ("Report") to grant Plaintiff Francisco Rosas' motion for default judgment. *See* ECF No. 28. The Report was filed on September 29, 2014. *Id*. The time for objections has passed, and Defendants have not filed any. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Having reviewed the Report, as well as the record in this case, the Court finds that the Report is well-founded in fact and in law, and therefore adopts the Report. The Clerk shall close the file.

1

Case No.: 13-CV-01800
ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**IT IS SO ORDERED.**

Dated: December 18, 2014



_____
LUCY H. KOH
United States District Judge

Case No.: 13-CV-01800
ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT